UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No.   CV 24-03787-KS                                                              Date: February 13, 2025

Title   *Ramy Rahimian v. Wells Fargo Bank N.A. et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE [DKT. NO. 35]**

### Background

On January 27, 2025, Defendant Wells Fargo Bank N.A. filed a "Motion to Dismiss Entire Action with Prejudice Pursuant to FRCP 41(b)" ("Motion"). (Dkt. No. 35.) The Motion was brought based upon Plaintiff's failure to file a first amended complaint by the Court-ordered deadline. (*Id.* at 4.) Defendant argues in the Motion that Plaintiff "has failed to diligently prosecute his case. Accordingly, the Court should dismiss this case, with prejudice." (*Id.*)

The Court is now in receipt of Plaintiff's "Statement of Non-opposition" to the Motion ("Non-opposition"), filed on February 12, 2025. (Dkt. No. 36.) The Non-opposition states that Plaintiff "submits his Statement of Non-Opposition to the motion to dismiss filed by defendant WELLS FARGO BANK, N.A.," but contains no legal argument or discussion. (*Id.*)

### Legal Standard

"Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff has 'an absolute right' to voluntarily dismiss an action 'prior to service by the defendant of an answer or a motion for summary judgment.'" *Kamal v. Eden Creamery, LLC*, 88 F.4th 1268, 1279 n.4 (9th Cir. 2023) (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)). Further, a dismissal under Rule 41(a)(1) "is effective on filing and no court order is required." *Wilson*, 111 F.3d at 692.

\\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 24-03787-KS                                                         Date: February 13, 2025

Title        <u>Ramy Rahimian v. Wells Fargo Bank N.A. et al.</u>

### Analysis

As no answer or Motion for Summary Judgment has been filed in this case, the Court construes Plaintiff's Non-opposition to dismissal as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). *Kamal,* 88 F.4th at 1279 n.4; *Wilson*, 111 F.3d at 692; *see also Myers v. Calandrino*, No. CV 16-2239-JGB (JEM), 2017 WL 11632256, at *6 (C.D. Cal. Mar. 1, 2017) (construing the plaintiff's non-opposition to a motion to dismiss a defendant as a voluntary dismissal of that defendant).

### Conclusion

Based upon the foregoing, Defendant's Motion (dkt. no. 35) is **GRANTED** and this action is deemed **DISMISSED WITH PREJUDICE** as of February 12, 2025, the date that Plaintiff filed the Non-opposition/notice of voluntary dismissal under Federal Rule of Civil procedure 41(a)(1).

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |